BEA, Circuit Judge,
concurring:
I concur fully in Judge Owens’ opinion. I write separately only to emphasize the unsuitability of the Taylor framework for determining whether a particular crime is one involving moral turpitude. See Ceron v. Holder, 747 F.3d 773, 785-89 (9th Cir. 2014) (en banc) (Bea, J., dissenting); Navarro-Lopez v. Gonzales, 503 F.3d 1063, 1084-86 (9th Cir. 2007) (en banc) (Bea, J., dissenting) (“There is no generic federal crime of moral turpitude with elements similar to, or different from, a state crime of moral turpitude for the simple reason *1019-1035 there is no state crime of moral turpitude. One has to have a crime, such as burglary, to use the Taylor categorical analysis.”).